UNITED STATES DISTRICT COURT
for the
Western District of New York

ROBBIN TURNER,

                                    Plaintiff.               STIPULATION OF
-vs-                                                             DISCONTINUANCE

CITY OF ROCHESTER, CHIEF OF POLICE JAMES
SHEPPARD & OFFICER JOSEPH FERRIGNO,        Index No. 2011/6200
                                            Defendants

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorney for Plaintiff, and the attorney of record or representatives for the Defendant to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 24, 2014                                  Dated: June 17, 2014

                                                              T. Andrew Brown, Corporation Counsel
                                                        By:

Anjan K. Ganguly, Esq.                              John M. Campolieto, of Counsel
Ganguly Brothers PLLC, Attorney for Plaintiff      Attorney for Defendant
2024 West Henrietta Road, Suite 3D              30 Church Street, Room 400A City Hall
Rochester, New York 14623                          Rochester, New York 14614
Telephone (585) 232-7747                             Telephone (585) 428-7410